UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LYONS, EVELYN CURLEY, HENRY BARBARO, CHRISTINE DOHERTY, DAVID LUNGER,<br><br>      Plaintiffs,<br><br>  v.<br><br>JAMES ELDRIDGE, JONATHAN PAZ, WESLEY McENANY, and MAURA HEALEY in her individual capacity,<br><br>      Defendants. | CIVIL ACTION<br>NO. 1:22-cv-11199-DJC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as attorney for Defendants Jonathan Paz and Wesley McEnany.

            Respectfully submitted,

            JONATHAN PAZ
            WESLEY McENANY

            By their attorney,

            /s/ *M. Patrick Moore, Jr.*

            M. Patrick Moore, Jr. (BBO #670323)
            HEMENWAY & BARNES LLP
            75 State Street
            Boston, MA 02109-1466
            Tel: (617) 557-9715
            pmoore@hembar.com

Date: January 6, 2023

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on January 6, 2023.

/s/ M. Patrick Moore, Jr.
M. Patrick Moore, Jr